BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

**SEALED**
**FILED**
JUN 09 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>APPROXIMATE GPS COORDINATES N 36 20.701 / W 118 45.976 | CASE NO. 1:15 SW 00162 BAM<br><br>ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE |

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of search warrants in this matter pursuant to duly authorized search warrants, and good cause appearing therefor,

IT IS HEREBY ORDERED that the National Park Service and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: June 7, 2015

_____
HON. BARBARA A. MCAULIFFE
U.S. Magistrate Judge

Destruction Order

1